# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

STEPHANIE A. SHATTER,

      Plaintiff,

v.                                                  Case No:  6:24-cv-1950-CEM-LHP

COMMISSIONER OF SOCIAL
SECURITY,

      Defendant

---

## ORDER
(And Direction to Clerk of Court)

Before the Court is Plaintiff's Motion to Receive Electronic Notifications, by which Plaintiff, proceeding *pro se*, asks for electronic notice of case filings by email. Doc. No. 32.  "[T]he Court in its discretion may grant *a pro se* party permission to receive electronic notifications." *Moore v. Adventist Health Sys. Sunbelt Healthcare Corp.*, No. 6:23-cv-1163-PGB-DCI, 2023 WL 4947933, at *1 (M.D. Fla. Aug. 3, 2023); *see also Cromity v. City of Orlando*, No. 6:24-cv-1688-CEM-DCI, 2025 WL 435901, at *1 (M.D. Fla. Jan. 29, 2025) (allowing service of court documents on *pro se* party by email); *Wilkins v. RCI, LLC*, No. 6:23-cv-849-PGB-EJK, 2023 WL 3453560, at *1 (M.D. Fla. May 15, 2023) (same).  Accordingly, Plaintiff's motion (Doc. No. 32) is

**GRANTED**, and the Clerk of Court is directed to add Plaintiff's email address, stephanieshatter@icloud.com, to CM/ECF and ensure that Plaintiff receives Notices of Electronic Filings.[1]

**DONE** and **ORDERED** in Orlando, Florida on May 27, 2025.

*[signature]*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

---

[1] Plaintiff does not request access to filing documents via CM/ECF, nor does this Order allow it. Plaintiff may submit filings online through the Court's web portal. *See Moore*, 2023 WL 4947933, at *1.