# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

STEPHANIE A. SHATTER,

      Plaintiff,

v.                                                Case No:   6:24-cv-1950-CEM-LHP

COMMISSIONER OF SOCIAL
SECURITY,

      Defendant

---

## ORDER
(And Direction to Clerk of Court)

Before the Court is a "Motion for Emergency Help," filed by Plaintiff who appears *pro se*. Doc. No. 34. Plaintiff says that she moved and/or is homeless, and she requests an electronic copy of the Commissioner's response Brief that she did not receive. *Id.* Upon review, despite non-compliance with the Local Rules, considering Plaintiff's *pro se* status and the representations in the motion, the motion (Doc. No. 34) is **GRANTED**, and the Clerk of Court is **DIRECTED** to regenerate the Notice of Electronic Filing (NEF) for the Commissioner's Brief (Doc. No. 31), to ensure that Plaintiff receives an NEF.[1] Plaintiff shall have **fourteen (14)**

---

[1] The Court granted Plaintiff's request for receipt of NEFs on May 27, 2025, but that

**days** from receipt of the NEF for the Commissioner's Brief to file a reply, as contemplated by Rule 8 of the Supplemental Rules for Social Security Actions Under 42 U.S.C. § 405(g).

    **DONE** and **ORDERED** in Orlando, Florida on June 12, 2025.

*Leslie Hoffman Price*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

---

was after the Commissioner filed his Brief on May 9, 2025.  *See* Doc. Nos. 31, 33.